United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Norma Simpson, Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 20-25253-Civ-Scola |
| ) | |
| Carnival Corporation, dba Carnival ) | |
| Cruise Line, Defendant.  ) | |

### Order Granting Motion for Partial Judgment on the Pleadings

Plaintiff Norma Simpson, a passenger aboard the Carnival *Victory*, seeks to recover damages from Defendant Carnival Corporation for injuries she says she sustained when she tripped and fell while ashore on the island of Half Moon Cay. (Compl., ECF No. 1.) After answering the complaint, Carnival has moved for judgment on the pleadings as to Simpson's claim for punitive damages. (Def.'s Mot., ECF No. 27.) In response, Simpson seeks to withdraw her claims for punitive damages. (Pl.'s Resp., ECF No. 33.) Carnival timely replied. (Def.'s Reply, ECF No. 34.) After review, the Court **grants** Carnival's motion (**ECF No. 27**.)

Binding Eleventh Circuit precedent unequivocally precludes the recovery of punitives damages in a negligence case, like Simpson's, for personal injuries under general maritime law. *Eslinger v. Celebrity Cruises, Inc.*, 772 F. App'x 872 (11th Cir. 2019) ("Our court has held that plaintiffs may not recover punitive damages . . . for personal injury claims under federal maritime law."). Indeed, Simpson appears to concede the point when, in response to Carnival's motion, she seeks to withdraw her claim for punitive damages altogether (albeit, without prejudice). (Pl.'s Resp. at 2.) Accordingly, the Court **grants** Carnvial's motion (**ECF No. 27**), entering **partial judgment in Carnival's favor, and against Simpson, with respect to her claim for punitive damages**.

**Done and ordered** in Miami, Florida on December 28, 2021.

_____
Robert N. Scola, Jr.
United States District Judge